IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEANDER ESTERS, | ) | |
| | ) | 4:06CV3141 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's counsel has filed a motion (filing 8) for leave to file a brief out of time due to clerical error. I shall grant Plaintiff's motion and accept Plaintiff's brief, which was filed on October 17, 2006. Accordingly, the briefing schedule shall be amended as follows:

IT IS ORDERED that:

1. Defendant shall submit a brief by November 16, 2006;

2. Plaintiff may submit a reply brief by December 1, 2006; and

3. This case shall be ripe for decision on December 2, 2006.

October 19, 2006.                      BY THE COURT:
                                       s/ *Richard G. Kopf*
                                       United States District Judge