IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEANDER ESTERS,<br><br>              Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security<br>Administration,<br><br>              Defendant. | 4:06CV3141<br><br>**MEMORANDUM**<br>**AND ORDER** |

    This matter is before the court on Defendant's unopposed motion for an extension of time within which to file its brief (filing 10). I find that the motion should be granted.

    IT IS ORDERED:

1.    Defendant's motion for an extension of time within which to file its brief (filing 10) is granted, and the previously established briefing schedule is amended as follows;

2.    Defendant shall submit a brief by December 18, 2006;

3.    Plaintiff may submit a reply brief by January 3, 2007; and

4.    This case shall be ripe for decision on January 4, 2007.

November 20, 2006.

                                            BY THE COURT:
                                            *s/Richard G. Kopf*
                                            United States District Judge